**PELTON GRAHAM LLC**

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**BRENT E. PELTON, ESQ.**                                             NOVEMBER 29, 2018
PELTON@PELTONGRAHAM.COM

**<u>VIA ECF</u>**

Magistrate Judge Cheryl L. Pollak
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    ***Declercq, et al. v. Jemanya Corp., et al.***
> **<u>Civil Action No. 18 Civ. 00039 (RRM)(CLP)</u>**

Dear Judge Pollak:

This firm represents the plaintiffs in the above-referenced action. Enclosed please find the parties' fully-executed Settlement Agreement for Your Honor's consideration in connection with the letter Motion for Approval of FLSA Settlement filed with the Court via ECF on November 28, 2018. (Dkt. No. 23).

We appreciate Your Honor's attention to this matter.  Please contact the undersigned should you have any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

Enclosure

cc:    Tisha Jackson, Esq. (via ECF)

–« ADVOCATES FOR JUSTICE »–
