FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2018 ★

BROOKLYN OFFICE

Rec'd 12/19/18

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

CEDRIC DECLERCQ and CARLOS EDUARDO
ORNELLAS DE ROSA, *individually and on behalf of all others similarly situated*,

                *Plaintiffs*,

-against-

JEMANYA CORP. (d/b/a MISS FAVELA),
ANGELA DENNEULIN, ALAIN DENNEULIN,
JEREMIE CARRIER, *Jointly and Severally*

                *Defendants*.

18 CV 00039

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action or otherwise by or against any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
       26th day of November, 2018

_____
Tisha Jackson, Esq.
Law Office of Tisha Jackson
1115 Broadway, 12th Fl.
New York, New York 10010
Tel: (212) 710-2651
Fax: (212) 281-6544
Email: jacksonlawnyc@gmail.com
*Attorney for the Defendants: Jemanya Corp. (d/b/a Miss Favela), Angela Denneulin, Alain Denneulin and Jeremie Carrier*

_____
Brent E. Pelton, Esq.
Pelton Graham, LLC
111 Broadway, Suite 1503
New York, NY 10006
Tel: (212) 385-9700
Fax: (212) 385-0800
Email: pelton@peltongraham.com
*Attorney for Plaintiffs: Cedric Declercq, Carlos Eduardo Ornellas De Rosa, and Kristian Elder*

So Ordered
/s/ Cheryl Pollak
USMJ
12/19/18